UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODNEY GREENUP                                               CIVIL ACTION
                                                             NO. 07-8933

VERSUS

LEXINGTON INSURANCE COMPANY                                  SECTION M

### ORDER

Before the Court are Defendant's Motion for Summary Judgment and Defendant's Motion for Summary Judgment on its Counterclaim.  Both Motions are unopposed by the Plaintiff, appear meritorious, and are therefore, granted.

**Accordingly,** Defendant's Motion for Summary Judgment (#20) is **GRANTED;** plaintiff's claim is **DISMISSED** with prejudice.  Defendant's Motion for Summary Judgment on its Counterclaim (#21) is **GRANTED;** plaintiff is ordered to restore the mistaken payments under the cancelled policy to Defendant in the total amount of $8,322.61.  Each party shall pay its own costs and attorney's fees.

New Orleans, Louisiana, this 9th day of July, 2008.

Peter Beer
United States District Judge